## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**DETINA EATON**
**ADC # 707841**                                                                  **PLAINTIFF**

**V.**                          **1:07CV00042 WRW/HDY (lead)**
                               **1:07CV00043 WRW/HDY**
                               **1:07CV00058 JMM/BMD**

**JOHN MAPLES et al.**                                                          **DEFENDANTS**

## ORDER

On September 24, 2007, Plaintiff Eaton, an inmate at the McPherson Unit of the

Arkansas Department of Correction, initiated this action by filing a pro se Complaint

pursuant to 42 U.S.C. § 1983.  That case was assigned case number 1:07CV00042

WRW/HDY.  On the same day, Plaintiff filed three additional § 1983 complaints.  Those

cases were assigned case numbers 1:07CV00043 WRW/HLJ, 1:07CV00044 JMM/HDY,

and 1:07CV00045 WRW/JWC.  On October 15, 2007, the Court dismissed case number

1:07CV00045 WRW/JWC, and consolidated the remaining cases, case numbers

1:07CV00042 WRW/HDY, 1:07CV00043 WRW/HLJ, and 1:07CV00044 JMM/HDY.

The Court ordered that the cases should continue as one case under case number

1:07CV00042 WRW/HDY.  Since that time, the Court has dismissed case number

1:07CV00044 JMM/HDY (docket entry #5).

Plaintiff has now filed an additional Complaint, case number 1:07CV00058

JMM/BD, pursuant to 42 U.S.C. § 1983.  Review of this Complaint reveals that the

claims Plaintiff raises in this Complaint would best be addressed in the lead case, case

number 1:07CV00042 WRW/ HDY, and that consolidation would result in the most

economical use of the parties' and the Court's resources.

IT IS THEREFORE ORDERED that:

1.      Case number 1:07CV00058 JMM/BD should be CONSOLIDATED, to

        continue as one case under case number 1:07CV00042 WRW/HDY.

2.      All pleadings should be filed only in the lead case.

3.      The Clerk is directed to take the necessary steps to effect consolidation, and

        to make the necessary chip exchange.

4.      A copy of this Order should be filed in all cases.

Dated this 20th day of December, 2007.


                                        /s/Wm. R. Wilson, Jr.
                                UNITED  STATES DISTRICT JUDGE